

FILED

OCT 18 2012

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT 220 West Depot Street, Suite 200
Greenville, TN. 37743

Franklin Clay Warner )
_____ )
                       )
_____ )
(Enter above the NAME of the )
plaintiff in this action.)    )        3:12-CV-546
                              )        Phillips/Guyton
         v.                   )
Sheriff G.W. "Bud" McCoig     )
Jefferson County Justice Center )
                              )
_____        )
(Enter above the NAME of each
defendant in this action.)    )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I.   PREVIOUS LAWSUITS

     A.   Have you begun other lawsuits in state or federal court dealing with the same facts
          involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

     B.   If your answer to A is YES, describe the lawsuit in the space below. (If there is more
          than one lawsuit, describe the additional lawsuits on another piece of paper, using the
          same outline.)

          1.   Parties to the previous lawsuit:

               Plaintiffs: _____
               _____

               Defendants: _____
               _____

1

2. COURT: (If federal court, name the district; if state court, name the county): _____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: Jefferson County Justice Center

  A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

  B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

  C. If your answer is YES,

   1. What steps did you take? I sent a Grievance To Sheriff M<sup>c</sup>Coig / To medical / To Chief Jailer Ricky Oaks

   2. What was the result? Sheriff M<sup>c</sup>Coig no Response, medical and Chief Jailer said They would fix Problem, But Nothing Has Happened

  D. If your answer to B is NO, explain why not. _____

  E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

  F. If your answer is YES,

   1. What steps did you take? At This Place They Don't Have a Copy of Grievance for Inmate To Keep.

2

2. What was the result? _____

_____

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Franklin Clay Warner  T.D.O.C. 00125322
   Present address: Jefferson County Justice Center  P.O. Box 1108 Dandridge TN. 37725

   Permanent home address: 2144 N. Sizer arn. Jefferson City, TN. 37760

   Address of nearest relative: 2832 Black OAK Rd. Jefferson City TN. 37760
   Barbra Soares / Marty Nash

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: G.W. "Bud" McCoig
   Official position: Sheriff
   Place of employment: Jefferson County, TN.

C. Additional defendants: Ricky OAKs Chief Jailer
   Judy Walker  Chief Medical Person
   Jefferson County Justice Center
   Penny O. Murphy Deputy Clerk Jefferson Co. TN.

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

I Requested To work like any other STaTe Prisoner, I was Told The Sheriff

3

Said No. That I couldn't Have a Job Period Not at work House "Inside" Not at The Justice Center in pod where I Live, No where I informed Him That That This is Disscrimation, No Respose The Chief Jailer Said The Shiriff Said No To Any Job. I Requested to be Sent To a State Prison. (I've never Been a Flight Risk)

I Requested False Teeth, They Pulled my Teeth, Now They Wont Give me Teeth to eat with, They Say There Getting Them? ya Right! in The Mean Time i'm Broking my fod in Little pices To Swolow (my Jaws Dont come Together to chew)

They wont Let Me git Proper Shoes for my Diabet feet, I've Not Seen a doctor for Diabits, No blood work Has ever Been Don.

At State Prison I Recevied Shoes for Diabet feet, Meds for Cronic Helth Care, I DO NOT Recevie them Here, They Say They Only Have To Provide Life Sustining Meds Only. No Cronic Health Care.

I Told Them I would Let The work Thang be if They Give me The Good days They Do any other State Prisoner with a Job.

And my Health Care "Cronic"

I've ask To Be Let go To Law book's "or Computer" whatever They Have, No Response.

V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

Make Tenn. Dept. of Correction Take me in To Custidy. So I Can get my Right's up Held, "To a STaTe Prison not a County Jail of any kind"

Morgen Co. State Prison is closeed and is a Classyoatic. Center, There I can get Traid Schooling To Better my Chance on parol And not To Come Back To Jail.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _____ day of 10, 8, _____, 20 12.

_____ #00125322
Signature of plaintiff(s)
Franklin Clay Warner

5