UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FRANKLIN CLAY WARNER #00125322,

    Plaintiff,

v.                                 3:12-cv-546

G.W. McCOIG, et al.,

    Defendants.

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the court **ORDERS** that this action is **DISMISSED WITH PREJUDICE** for failure to prosecute and to comply with the orders of the court. The court further **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

    **ENTER:**

                                                  s/ Thomas W. Phillips
                                                United States District Judge

ENTERED AS A JUDGMENT
    s/ *Debra C. Poplin*
      CLERK OF COURT