UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

<u>FRANKLIN CLAY WARNER #00125322</u>,

      Plaintiff,

v.                                      3:12-cv-546

<u>G.W. McCOIG, et al.</u>,

      Defendants.

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the court **ORDERS** that this action is **DISMISSED WITH PREJUDICE** for failure to prosecute and to comply with the orders of the court. The court further **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

    **ENTER:**

                                            s/ Thomas W. Phillips
                                        United States District Judge

ENTERED AS A JUDGMENT
   s/ *Debra C. Poplin*
     CLERK OF COURT